GABRIEL L.  GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for CHESTER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:25-mj-00548-DJA |
| | ) |
| CHERYL CHESTER, | ) STIPULATION TO CONTINUE |
| | ) STATUS CHECK |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between AUSA JOSEPH SCISCENTO and Gabriel L. Grasso, Esq, counsel  for Defendant, CHERYL CHESTER, that the status check currently scheduled for June 05, 2026, at 10:00 a.m. be vacated and set to a date and time convenient to this court.

DATED 29th day of May 2026.


/s/ Gabriel L. Grasso
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**

1.  Mr. Grasso is currently overseas until June 8, 2026.

2.  The parties agree to the continuance of the currently set status check.

DATED 29th day of May 2026.

By _/s/ Gabriel L. Grasso_
GABRIEL L. GRASSO
Counsel for Cheryl Chester

By /s/ Joseph Sciscento
JOSEPH SCISCENTO
Assistant United States Attorney

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for CHESTER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHERYL CHESTER, )<br>)<br>)<br>Defendant. ) | Case No.: 2:25-mj-00548-DJA<br><br>ORDER TO CONTINUE<br>STATUS CHECK |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing, the Court finds:

1. The Government and Counsel for the defendant, CHERYL CHESTER, have agreed that due to defendant's counsel being out of the Jurisdiction until the week of June 8, 2026, the defendant's status check be vacated and set to a date and time convenient to this court.

## **ORDER**

**IT IS ORDERED** that the defendant's status check is hereby vacated and set on the **July 10, 2026, at 11:30 a.m.**

DATED: 6/01/2026        IT IS SO ORDERED

_____
UNITED STATES JUDGE