**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, Nevada 89101
T:(702) 868-8866
F: 702-868-5778
E: Gabriel@Grassodefense.com
Attorney for Chester

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL ANN CHESTER,<br><br>Defendant. | Case No.: 2:25-mj-00548-DJA 5<br><br>**STIPULATION and [PROPOSED] ORDER** |

CHERYL CHESTER was charged by Criminal Information on July 23, 2025, with four counts:  **(1)** Operating a Motor Vehicle while Under the Influence of Drugs, (a violation of 36 C.F.R. § 4.23(a)(1)), a class B misdemeanor; **(2)** Operating a Motor Vehicle with a Controlled Substance in Blood,  (a violation of (36 C.F.R. § 4.2(b); NRS § 484C.11(3)(g)), **(3)** Speeding (a violation of 36 C.F.R. 4.21 (c)) and **(4)** Carrying or Handling a Firearm while Under the Influence of a Controlled Substance, (a violation of 18 U.S.C. § 13; NRS § 202.257-1(b).

Mrs. Chester entered a plea agreement on December 10, 2025. (ECF No. 29) Under that agreement, Mrs. Chester pleaded guilty to Count One. (*Id.*) Counts Two, Three, and Four were to be dismissed after sentencing. (*Id.*) Mrs. Chester was sentenced on Count One as follows:

One-year term of Unsupervised Probation with special conditions:
1.      $500.00 Fine and $10.00 Mandatory Penalty Assessment;
2.       Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;

3.    Attend/ Complete an Eight (8) hour online alcohol awareness course; and

4.    the defendant not return to Lake Mead National Recreation Area for a period of six (6) months;

5.    Defendant must not violate any local, state, or federal laws.

(Id).

Mrs. Chester has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence. Accordingly, the parties agree that Count One, should be amended to Reckless Driving, and this case be closed.

DATED 6th day of July 2026.

Respectfully Submitted,

GABRIEL L. GRASSO, ESQ.

JOSEPH SCISCENTO

 /s/ Gabriel L. Grasso
GABRIEL L. GRASSO
Counsel for CHERYL ANN CHESTER

/s/Joseph Sciscento
JOSEPH SCISCENTO
Assistant United States Attorney

**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, Nevada 89101
T:(702) 868-8866
F: 702-868-5778
E: Gabriel@Grassodefense.com
Attorney for Chester

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL ANN CHESTER,<br><br>Defendant. | Case No.: 2:25-mj-00548-DJA 5<br><br><br>**ORDER** |

The Court finds that Mrs. Chester has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

IT IS THEREFORE ORDERED that Mrs. Chester is permitted to withdraw her guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED this case is closed.

DATED this _____6th_____ day of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3